**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6624**

———————


In Re:  FLOYD JUNIOR "DICK" POWELL,


                                                    Petitioner.


                          ———————

On Petition for Writ of Mandamus
(CA-02-138)

                          ———————

Submitted: May 13, 2004          Decided:  May 20, 2004

                          ———————

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

                          ———————

Petition denied by unpublished per curiam opinion.

                          ———————

Floyd Junior "Dick" Powell, Petitioner Pro Se.

                          ———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Floyd Junior "Dick" Powell petitions for writ of mandamus requesting that this Court compel the district court to act on his pending 28 U.S.C. § 2255 (2000) motion. Because the district court has acted in Powell's § 2255 action as recently as November 2003, we find no undue delay. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED